# United States Court of Appeals

## For the First Circuit

No. 02-1846

ERNESTO CIRILO-MUÑOZ,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

ERRATA

The opinion of this Court, issued on April 15, 2005, should be amended as follows.

On page 12, line 7: change "court" to "case".

On page 13, second-to-last line of page:  change "430" to "490".

On page 19, line 4 of first full paragraph: change "n.3" to "n.2".

On page 21, second-to-last line of note 11: change "Cirilo-Muñoz" to "Cirilo[-Muñoz]".

On page 23, lines 8-11: change "a formal finding that the victim was a police officer when he assisted in the venture.  But there is no detailed discussion of the evidence on which such a finding might rest." to "a formal finding that Cirilo knew that the victim was a police officer when he (Cirilo) assisted in the venture.  But there was no detailed discussion by the district judge of the evidence on which such a finding might rest."